JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-13-00308-RGK (VBKx) | Date | March 20, 2013 |
|---|---|---|---|
| Title | FEDERAL HOME LOAN MORTGAGE CORP. v. VALENCIA, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Re: Plaintiff's Motion for Remand  (DE 6)**

    Upon review and consideration of this motion, the Court finds that it lacks subject matter jurisdiction over this action, as the case could not have been filed originally in Federal court (i.e., on grounds of either diversity or federal question). Therefore, the Court orders this action **remanded** in its entirety for all further proceedings.

    Furthermore, the Court orders that Defendant Eddie Valencia is declared a vexatious litigant for purposes of this case. As such, Valencia may not file any further Notices of Removal pertaining to unlawful detainer case #12H000989 in the United States District Court, Central District of California, without first obtaining permission to do so by Order of the Court or of the Chief Judge of the Central District of California.

    Any subsequent removals of this action may result in monetary sanctions against Defendants.

    **IT IS SO ORDERED.**

                                                                                                         :

                                                                     Initials of Preparer

cc:   Civil Intake